UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**Seawright**
PLAINTIFF(S)

v.

**State of Arizona, et al**
DEFENDANT(S)

CASE NO.  **CV 11-1304-PHX-JAT**

NOTICE TO FILER OF DEFICIENCIES IN
ELECTRONICALLY FILED DOCUMENTS

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Stipulated Motion for Protective Order #37* filed by *Attorney Gottfried*:

⊠ A copy of the  proposed order not provided to Chambers via e-mail. Document not in compliance with Electronic Case Filing Administrative Policies and Procedures Manual, page 11, G(b) and page 12.

**ACTION REQUIRED BY THE FILER**

⊠    The deficiency must be corrected within one (1) business day of this notice.
⊠    Please e-mail a copy of the proposed order to Chambers. Please e-mail a copy of the proposed order to the following address: **teilborg_chambers@azd.uscourts.gov.**.