Thomas C. Horne
Attorney General

Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-1610
Fax: (602) 542-7670
E-mail: Michael.Gottfried@azag.gov
        Lucy.Rand@azag.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kini M. Seawright; *et al.*,<br><br>   Plaintiff,<br><br>v.<br><br>State of Arizona; *et al.*,<br><br>   Defendants. | No. CV11-01304-PHX-JAT<br><br>**DEFENDANTS' MOTION TO SEAL EXHIBITS TO DEFENDANTS' STATEMENT OF FACTS IN SUPPORT OF SUMMARY JUDGMENT MOTION** |

Defendants[1], through undersigned counsel, pursuant to LRCiv 5.6, move this Court for an order directing the Clerk of the Court to file under seal the following attachments to Exhibits to Defendants' Separate Statement of Facts in support of summary judgment motion that were lodged under seal in conjunction with Defendants' statement of facts in support of Defendants' summary-judgment motion.

   1.   Exhibit B, Declaration of Keith Smith:

        Attachment 1: Aerial Photograph of Arizona State Prison Complex ("ASPC")-Lewis;

        Attachment 2: Aerial Photograph of ASPC-Lewis-Stiner Unit;

        Attachment 3: Floor Diagram of ASPC-Lewis-Stiner Unit, inmate Dorm 2;

---

[1] Defendants are the State of Arizona, Edna Jackson-Bey, Clayton Thompson, and Jennifer Blondin.

#3118444

    Attachment 5: ASPC-Lewis Staffing Numbers and Cross-Leveling Chart

    Attachment 6: ASPC-Lewis-Stiner Unit Post Priority Collapse Chart

2. Exhibit C, Declaration of Edna Jackson-Bey:

    Attachment 1: Floor Diagram of ASPC-Lewis-Stiner Unit, inmate Dorm 2;

    Attachment 2: Post Order PO-054-STI, Housing Unit Security Officer.

Defendants have a compelling governmental interest in keeping these documents sealed. These exhibits contain security information about ASPC-Lewis' prison layout and prison procedures that, if revealed, would create a security concern and could endanger the inmates, the prison staff, other law enforcement officers, and the general public.

For the foregoing reasons, Defendants respectfully request that the Court order the Clerk of the Court to file under seal Defendants' Attachments 1, 2, 3, 5 and 6 to Exhibit B and Attachments 1 and 2 to Exhibit C to the Separate Statement of Facts in Support of Summary Judgment Motion, lodged under seal.

RESPECTFULLY SUBMITTED this 28th day of February, 2013.

            Thomas C. Horne
            Attorney General

            s/Michael E. Gottfried
            Michael E. Gottfried
            Lucy M. Rand
            Assistant Attorneys General
            *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System. This document and the Notice of Electronic Filing were automatically served on the same date to the following, who are registered participants of the CM/ECF System:

1  DeeAn Gillespie, Esq.
   Amy Wallace, Esq.
2  GILLESPIE, SHIELDS & DURRANT
   7319 North Sixteenth Street, #100
3  Phoenix, Arizona 85020-5262
   *Attorneys for Plaintiff*
4
   s/Lucy M. Rand
5  Lucy M. Rand

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28