**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Kini M. Seawright; *et al.*, | No. CV 11-1304-PHX-JAT |
| Plaintiff, | |
| v. | **ORDER** |
| State of Arizona; *et al.*, | |
| Defendants. | |

Under consideration is Defendants' Motion to Seal Documents (Doc. 79). Defendants would like the Court to seal seven attachments to Exhibits to Defendants' Separate Statement of Facts in support of their motion for summary judgment.

Historically, the public has a right to inspect judicial documents and records. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). However, such a right is not absolute. Nevertheless, there is a strong presumption in favor of access to judicial records. A party seeking to seal a judicial record bears the burden of overcoming this presumption by either meeting the "compelling reasons" standard if the filing is a dispositive pleading, or the "good cause" standard if the filing is a non-dispositive pleading. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).

Defendants seek to file these attachments under seal for security and safety reasons. "In general, 'compelling reasons' sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such 'court files might have become a vehicle for improper purposes,'. . . ." *Id.* at 1179 (quoting *Nixon*, 435 U.S. at 598).

The Court finds that the protection of the information in Defendants' Exhibits constitutes compelling reasons such that the Court will grant Defendants' motion.

Based on the foregoing,

**IT IS ORDERED** that Defendants' Motion to Seal Documents (Doc. 79) is granted. The Clerk of the Court shall file under seal the attachments to exhibits lodged at (Doc. 81).

Dated this 1st day of March, 2013.

James A. Teilborg
Senior United States District Judge