**Dan M. Durrant #001763**
**DeeAn Gillespie #009987**
**GILLESPIE, SHIELDS & DURRANT**
7319 N. 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Facsimile:  (602) 870-9783
ddurrant@gillaw.com
ldittemore@gillaw.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kini M. Seawright,<br><br>　　　　　Plaintiff,<br>vs.<br><br>State of Arizona, *et al.*,<br><br>　　　　　Defendants. | Case # CV 11-01304-PHX-JAT<br><br>**DECLARATION OF LINDA S. DITTEMORE** |

I, Linda S. Dittemore, being first duly sworn upon oath, depose and say:

1.　　I am over the age of 21 years and make this declaration on the basis of information known to me.

2.　　I have been a paralegal for over thirty years. I am currently employed at the firm of Gillespie, Shields & Durrant, as the civil Senior Paralegal.

3.　　Since the departure of the firm's civil attorneys Amy Wallace and Richard Lyons and their staff members, I have been the only remaining civil paralegal and have therefore had sole responsibility for managing the dockets and performing the paralegal work for the present case, the case load for the two civil litigation attorneys to whom I am assigned, and the large number of additional civil cases that had been the responsibility of Ms. Wallace and Mr. Lyons and their staff.

**EXHIBIT 1**

3. Due to the overwhelming case load for which I am responsible, as well as some major personal issues that have occurred in my life recently for which I have been responsible, I regretfully failed to recognize that the due date for Plaintiff's Reply memorandum had been changed as a result of the Court's Order granting Defendants an extension of time in which to file their response to that motion and alert.

4. My oversight was completely due to inadvertence and was in no way intentional.

5. At the direction of attorney Dan Durrant, I contacted Michael Gottfried, counsel for Defendants, who advised me that he will not oppose Plaintiff's present motion for an extension.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my information and recollection

7-18-2013
Date

Linda S. Dittemore