Thomas C. Horne
Attorney General

Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-1610
Fax:  (602) 542-7670
E-mail:  Michael.Gottfried@azag.gov
         Lucy.Rand@azag.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kini M. Seawright; *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>State of Arizona; *et al.*,<br><br>Defendants. | No. CV11-01304-PHX-JAT<br><br>**DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS RE: SUMMARY JUDGMENT MOTION** |

Defendants,[1] through undersigned counsel, pursuant to LRCiv 7.2(e), request permission to exceed the page limitation for their summary judgment motion. The motion is twenty-three pages long. LRCiv 7.2(e) limits a motion to seventeen pages. This matter involves four separate defendants and claims involving 42 U.S.C. § 1983 and gross negligence; the additional pages are needed to fully brief these issues and address the issues raised in the Complaint.

Accordingly, it is respectfully requested that Defendants be granted leave to exceed the page limits of LRCiv 7.2(e) for their summary judgment motion.

---

[1] Defendants are the State of Arizona, Edna Jackson-Bey, Clayton Thompson, and Jennifer Blondin.

#3118484

RESPECTFULLY SUBMITTED this 28th day of February, 2013.

                                Thomas C. Horne
                                Attorney General

                                s/Michael E. Gottfried
                                Michael E. Gottfried
                                Lucy M. Rand
                                Assistant Attorneys General
                                *Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System. This document and the Notice of Electronic Filing were automatically served on the same date to the following, who are registered participants of the CM/ECF System:

DeeAn Gillespie, Esq.
Amy Wallace, Esq.
GILLESPIE, SHIELDS & DURRANT
7319 North Sixteenth Street, #100
Phoenix, Arizona 85020-5262
*Attorneys for Plaintiff*

s/Lucy M. Rand
Lucy M. Rand

#3118484 – DFS' MOT Exceed Pg Limits       2