**Dan M. Durrant #001763**
**DeeAn Gillespie #009987**
**GILLESPIE, SHIELDS & DURRANT**
7319 N. 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Facsimile:  (602) 870-9783
ddurrant@gillaw.com
ldittemore@gillaw.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kini M. Seawright, ) | **Case # CV 11-01304-PHX-JAT** |
| ) Plaintiff, ) | **PLAINTIFF'S POST-ORAL ARGUMENT CORRECTIVE MEMORANDUM** |
| vs. ) | |
| ) State of Arizona, *et al*., ) | |
| ) Defendants. ) | |
| ) | |

Plaintiffs Kini Seawright and the Estate of Dana Seawright (hereinafter referred to collectively as "Plaintiff"), respectfully files this brief memorandum to assure that the oral arguments are accurately understood.

After the oral arguments on August 27, 2013 Learned Counsel for Defendants approached Plaintiff's Counsel and expressed concern that Plaintiffs' counsel had stated that Defendants "knew" certain facts regarding the issues being argued when Defendants had denied such knowledge. This Memorandum is filed in an attempt to correct any misunderstanding and to express the intent of Plaintiff's argument.

Plaintiff's Counsel cited authorities from the United States Supreme Court, including  the following quotation from *Farmer v. Brennan*, 511 U.S. 825, 114 S. Ct. 1970, 128 L. Ed. 2d 811 (1994):

"Whether a prison official had the requisite knowledge of a substantial risk is a question of fact subject to demonstration in the usual ways, including inference from circumstantial evidence…and a fact finder may conclude that a prison official knew of a substantial risk from the very fact that the risk was obvious." (Emphasis supplied )(Farmer at *842).

Plaintiff's Counsel also referred to a comment by a former Judge regarding attempted disclaimers by the piano player at a bordello. It was within the context of the statements by the Supreme Court in *Farmer* and the anecdotal piano player story that Plaintiffs' Counsel intended his referral of "notice" or "knowing" by individual defendants was intended to be understood.

Undersigned Counsel apologizes to the Court and Counsel for any misunderstanding resulting from the oral arguments.

Respectfully submitted this 28th day of August, 2013.

**GILLESPIE, SHIELDS & DURRANT**

**/**s/Dan M. Durrant
Dan M. Durrant
Attorneys for Plaintiff

**CERTIFICATE OF FILING**

I hereby certify that, on August 28, 2013, I electronically transmitted the attached document to the U.S. District Court's Clerk office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to attorneys of record on file for this case.

/s/ Linda S. Dittemore
Linda S. Dittemore